CHARLES F. BRIDDON, Respondent, v. KATHRYN LANGDON BRIDDON, Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

IDA CAMARDA, as Administratrix, etc., of THOMAS GAETANO CAMARDA, Deceased, Appellant, v. C. F. STARITA COMPANY, Respondent.— Plaintiff's suit, being based on the death statute of New Jersey,* is subject to the express limitation enacted as a condition " that every such action shall be commenced within twenty-four calendar months after the death of such deceased person." Because the present suit was not so commenced, the complaint was rightly dismissed. Order for judgment for defendant unanimously affirmed, with costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

ADDIE CELLER, Respondent, v. JOHN P. MONTFORT and J. RALPH MONTFORT, Appellants.— Plaintiff's verdict for the full purchase price of the cow cannot be upheld, because plaintiff had not rescinded the sale by notifying defendants that she elected to return the cow. Neither did the evidence sufficiently establish plaintiff's damages from breach of the vendors' warranty that the cow was then in condition to breed. If such damages were suffered, they would be measured by the difference in value at the day of sale between the cow as warranted, and her value in the actual condition at time of sale. The judgment of the County Court of Dutchess county is, therefore, reversed and a new trial ordered in said court, with costs to appellants to abide the event. Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

COUNTY OF ORANGE, Respondent, v. STORM KING STONE COMPANY and PHILIP A. MOSMAN, as Trustee, Appellants, and Another, Defendant.— Reargument ordered, and cause specially set down for Tuesday, January 6, 1920. Jenks, P. J., Rich, Putnam and Jaycox, JJ., concur; Mills, J., not voting.

MACY RAY DONOHUE, Respondent, v. JOHN S. DONOHUE, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

SAMUEL H. EVANS, Respondent, v. ADELA L. AXTELL, Appellant, and JAMES H. STANSBURY, INC., Defendant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.